| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1:98CR19-019(S) |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION | |
|---|---|---|---|
| Kalyn Nagel<br>3600 Sheridan Lake Road # 239<br>Rapid City, SD 57702 | Florida Northern | Gainesville | |
| | NAME OF SENTENCING JUDGE | | |
| | Honorable Maurice M. Paul | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>11/27/2007 | TO<br>11/26/2010 |

OFFENSE

Conspiracy to Commit Money Laundering, 18 U.S.C. §1956(h)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for South Dakota upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 16, 2008
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE South Dakota

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 23, 2008
_____
Effective Date

_____
United States District Judge